IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN E. BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 02-1686-KAJ |
| ) | |
| JAMES KIDD, et al., ) | |
| ) | |
| Defendants. ) | |

### JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict on October 27, 2005. A copy of the verdict sheet is attached.

Based on the jury's verdict,

IT IS HEREBY ORDERED and ADJUDGED that judgment is entered pursuant to Federal Rule of Civil Procedure 58 in favor of plaintiff and against defendant James Kidd in the amount of $30,000.

_____
DEPUTY CLERK

November 1, 2005
Wilmington, Delaware